IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| DAVID ZIBBON<br>Individually and on Behalf of All Others<br>Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>COMPASS SYSTEMS, INC.<br><br>　　　　　Defendant. | :<br>:<br>:<br>:　Civil Action No. 8:13-cv-01244 (RWT)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this _____ day of _____, 2014, upon consideration of Plaintiffs' Uncontested Motion for Approval of Attorney's Fees and Reimbursement of Litigation Costs;

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Uncontested Motion for Approval of Attorney's Fees and Reimbursement of Litigation Costs is **GRANTED**; and

2. Plaintiffs' counsel are awarded $51,615 in attorney's fees and _____ in costs for a total of _____ to be paid out of the settlement fund.

SO ORDERED.

DATE: _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Roger W. Titus
　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　U.S. Dist. Court for the District of Maryland