## <u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that a copy of the Joint Motion for Order Granting Final Approval of Settlement, along with the exhibits attached thereto, was electronically served via EM/ECF, this 11th day of April, 2014, upon: Thomas McCally, Esquire, Nat Calamis, Esquire, and Suzanne Derr, Esquire, 200 L Street, NW, Suite 450, Washington, DC 20036.



         _____/s/_____

         Jeffrey R. Bloom, Esquire