IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

DAVID ZIBBON
Individually and on Behalf of All Others
Similarly Situated,

   Plaintiffs,

v.

COMPASS SYSTEMS, INC.

   Defendant.

Civil Action No. 8:13-cv-01244 (RWT)

## ORDER

AND NOW, this __21st__ day of __April__, 2014, upon consideration of Plaintiffs' Uncontested Motion for Approval of Attorney's Fees and Reimbursement of Litigation Costs;

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Uncontested Motion for Approval of Attorney's Fees and Reimbursement of Litigation Costs is **GRANTED**; and

2. Plaintiffs' counsel are awarded $51,615 in attorney's fees and __$2,461.53__ in costs for a total of __$54,076.53__ to be paid out of the settlement fund.

SO ORDERED.

DATE: __April 21, 2014__

               The Honorable Roger W. Titus
               United States District Judge
               U.S. Dist. Court for the District of Maryland